# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JENNIFER JOHNSON )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>DIMENSION SERVICE CORPORATION )<br>    Defendant. ) | Case No. 2:21-cv-2444<br><br>Chief Judge Algenon L. Marbley<br>Magistrate Judge Elizabeth P. Deavers |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Jennifer Johnson, and Defendant, Dimension Service Corporation, hereby stipulate that this action, in its entirety, is dismissed with prejudice, with each party bearing its own attorney's fees and costs. Any potential claims of the putative class members are dismissed without prejudice.

Respectfully submitted,

/s/ Christopher E. Roberts
By HMM (0038782) per email auth
Christopher E. Roberts (*pro hac vice*)
Butsch Roberts & Associates LLC
231 S. Bemiston Ave, Suite 260
Clayton, MO 63105
Tel: (314) 863-5700; Fax: (314) 863-5711
Email: roberts@butschroberts.com

*Counsel for Jennifer Johnson*

/s/Helen Mac Murray
Helen Mac Murray (0038782)
Mac Murray & Shuster, LLP
6525 W. Campus Oval, Suite 210
New Albany, OH 43054
Tel: (614) 939-9955; Fax: (614) 939-9954
Email: hmacmurray@mslawgroup.com

*Counsel for Dimension Service Corporation*